DOMINICA C. ANDERSON (SBN 2988)
HOLLY S. STOBERSKI (SBN 5490)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: dcanderson@duanemorris.com
hstoberski@duanemorris.com

Attorneys for Defendant,
U.S. Bank National Association

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS PENTLAND AND ROSEMARY PENTLAND,<br><br>　　　　　Plaintiffs,<br>v.<br><br>U.S. BANK, N.A. D/B/A U.S. BANK HOME MORTGAGE,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00875-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(First Request)**<br><br>**Current Due Date:** June 7, 2018<br>**New Due Date:** July 6, 2018 |

Defendant U.S. Bank National Association (sued herein as "U.S. Bank, N.A. d/b/a U.S. Bank Home Mortgage") ("U.S. Bank") and plaintiffs Douglas Pentland and Rosemary Pentland ("Plaintiffs") by and through their counsel of record, hereby stipulate and agree as follows:

## RECITALS

**WHEREAS** on May 15, 2018, Plaintiffs filed their Complaint in this action with this Court;

**WHEREAS** on May 17, 2018, Plaintiffs caused the Complaint to be served on U.S. Bank;

**WHEREAS**, U.S. Bank's current deadline to respond to Plaintiffs' Complaint is June 7, 2018;

**WHEREAS**, Plaintiffs and U.S. Bank are currently engaged in early settlement discussions which may resolve this matter;

| | |
|---|---|
| 1 | **WHEREAS**, U.S. Bank has not requested nor obtained any prior extensions to respond to Plaintiffs' Complaint; |
| 3 | **WHEREAS**, pursuant to LR IA 6-1(a) and LR II 7-1, Plaintiffs and U.S. Bank have agreed to extend U.S. Bank's deadline to respond to the Complaint for a period not greater than thirty days, from June 7, 2018, to July 6, 2018. |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

U.S. Bank's deadline to respond to the Complaint is extended to July 6, 2018.

IT IS SO STIPULATED.

DATED: June 6, 2018

**HAINES & KRIEGER, LLC**

By: /s/ Rachel B. Saturn
David H. Krieger (SBN 9086)
Rachel B. Saturn (SBN 8653)
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorneys for Plaintiffs DOUGLAS PENTLAND AND ROSEMARY PENTLAND*

DATED: June 6, 2018

**DUANE MORRIS LLP**

By: /s/ Holly S. Stoberski
Dominica C. Anderson (SBN 2988)
Holly S. Stoberski (SBN 5490)
*Attorneys for Defendant U.S. BANK NATIONAL ASSOCIATION*

**[PROPOSED] ORDER**

Good cause appearing, the deadline for defendant U.S. Bank to respond to the Complaint of plaintiffs Douglas Pentland and Rosemary Pentland is extended to July 6, 2018.

**IT IS SO ORDERED.**

Dated: June 7, 2018

~~Chief United States District Judge~~
~~Hon. Gloria M. Navarro~~
Cam Ferenbach
United States Magistrate Judge

# CERTIFICATE OF SERVICE

1.  On June 6, 2018, I served the following document(s):

    **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)**

2.  I served the above-named document by the following means to the persons listed below:

    ☒ BY electronic transmission through the CM/EFC filing system of the United States District Court, District of Nevada.

    David H. Krieger
    Rachel B. Saturn
    HAINES & KRIEGER, LLC
    8985 S. Eastern Ave., Suite 350
    Henderson, NV 89123
    *Attorneys for Plaintiffs Douglas Pentland
    And Rosemary Pentland*
    Email: dkrieger@hainesandkrieger.com

    ☐ BY Mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing and electronic service. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business, and also served via electronic mail.

3.  I declare under penalty of perjury that the foregoing is true and correct.

    SIGNED: June 6, 2018

    Janice R. Reeder                              /s/ Janice R. Reeder
    (Name of Declarant)                           (Signature of Declarant)